| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MICHAEL PETRIK, Jr., #177913 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA  95814 |
| 4 | Telephone: (916) 498-5700 |

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14-33 LLK |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO APRIL 8, 2014, AT 9:15 A.M. |
| v. | |
| PAUL ROSS PACINI, | Date:   March 11, 2014 |
| | Time:   9:15 a.m. |
| Defendant. | Judge:  Hon. Lawrence K. Karlton |

The parties stipulate, through respective counsel, that the Court should continue the status conference set for March 11, 2014, at 9:15 a.m., to April 8, 2014, at 9:15 a.m.

Counsel for Mr. Pacini requires further time to review discovery, meet with Mr. Pacini, and conduct investigation.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through April 8, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: March 7, 2014                HEATHER E. WILLIAMS
                                    Federal Defender

                                    /s/ M.Petrik_____
                                    MICHAEL PETRIK, Jr.
                                    Assistant Federal Defender

DATED: March 7, 2014                BENJAMIN B. WAGNER
                                    United States Attorney

                                    /s/ M.Petrik for_____
                                    KYLE REARDON
                                    Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for April 8, 2014, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including April 8, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: March 7, 2014

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT