HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 14-33 LLK |
|---|---|---|
| Plaintiff, | ) ) ) ) | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO MAY 6, 2014, AT 9:15 A.M. |
| v. | ) | |
| PAUL ROSS PACINI, | ) ) | Date: May 6, 2014 Time: 9:15 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Lawrence K. Karlton |

    The parties stipulate, through respective counsel, that the Court should continue the status conference set for April 8, 2014, at 9:15 a.m., to May 6, 2014, at 9:15 a.m.

    Counsel for Mr. Pacini requires further time to review discovery, meet with Mr. Pacini, and conduct investigation.

    For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through May 6, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

/ / /

/ / /

1   Counsel and the defendant also agree that the ends of justice served by the Court granting
2   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3   DATED: April 4, 2014                    HEATHER E. WILLIAMS
                                            Federal Defender
4
5                                           /s/ M.Petrik_____
                                            MICHAEL PETRIK, Jr.
6                                           Assistant Federal Defender

7   DATED: April 4, 2014                    BENJAMIN B. WAGNER
                                            United States Attorney
8
9                                           /s/ M.Petrik for_____
                                            KYLE REARDON
10                                          Assistant U.S. Attorney

11                                **O R D E R**

12   The Court, having received, read, and considered the stipulation of the parties, and good
13   cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds
14   that the failure to grant a continuance in this case would deny defense counsel reasonable time
15   necessary for effective preparation, taking into account the exercise of due diligence.  The Court
16   finds that the ends of justice served by granting the continuance outweigh the best interests of the
17   public and defendant in a speedy trial.

18   The Court orders the status conference rescheduled for May 6, 2014, at 9:15 a.m.  The
19   Court orders the time from the date of the parties stipulation, up to and including May 6, 2014,
20   excluded from computation of time within which the trial of this case must commence under the
21   Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

22   DATED:  April 8, 2014

                                            _____
                                            LAWRENCE K. KARLTON
                                            SENIOR JUDGE
                                            UNITED STATES DISTRICT COURT