1   HEATHER E. WILLIAMS, #122664
    Federal Defender
2   MICHAEL PETRIK, Jr., #177913
    Assistant Federal Defender
3   801 I Street, 3rd Floor
    Sacramento, CA  95814
4   Telephone: (916) 498-5700

5   Attorneys for Defendant

6

7

8                     UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,        )   Case No. 14-33 LLK
                                     )
11                   Plaintiff,      )   STIPULATION AND ORDER TO CONTINUE
                                     )   STATUS CONFERENCE TO MAY 6, 2014, AT
12       v.                          )   9:15 A.M.
                                     )
13  PAUL ROSS PACINI,                )   Date:   June 17, 2014
                                     )   Time:   9:15 a.m.
14                   Defendant.      )   Judge:  Hon. Lawrence K. Karlton
                                     )
15  _____ )

16
        The parties stipulate, through respective counsel, that the Court should continue the status
17
    conference set for May 6, 2014, at 9:15 a.m., to June 17, 2014, at 9:15 a.m.
18
        Counsel for Mr. Pacini requires further time to review discovery, meet with Mr. Pacini,
19
    and conduct investigation.
20
        For these reasons, counsel and the defendant agree that the Court should exclude the time
21
    from the date of this order through June 17, 2014, when it computes the time within which trial
22
    must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code
23
    T4.
24  / / /

25  / / /

26  / / /

27  / / /

28

    Stipulation to Continue              -1-                          14-33 LKK

1   Counsel and the defendant also agree that the ends of justice served by the Court granting

2   this continuance outweigh the best interests of the public and the defendant in a speedy trial.

3   DATED: May 2, 2014                    HEATHER E. WILLIAMS
                                          Federal Defender

4

5                                         /s/ M.Petrik_____
                                          MICHAEL PETRIK, Jr.

6                                         Assistant Federal Defender

7   DATED: May 2, 2014                    BENJAMIN B. WAGNER
                                          United States Attorney

8

9                                         /s/ M.Petrik for_____
                                          KYLE REARDON

10                                        Assistant U.S. Attorney

11                          **O R D E R**

12      The Court, having received, read, and considered the stipulation of the parties, and good

13  cause appearing, adopts the stipulation in its entirety as its order.  The Court specifically finds

14  that the failure to grant a continuance in this case would deny defense counsel reasonable time

15  necessary for effective preparation, taking into account the exercise of due diligence.  The Court

16  finds that the ends of justice served by granting the continuance outweigh the best interests of the

17  public and defendant in a speedy trial.

18      The Court orders the status conference rescheduled for June 17, 2014, at 9:15 a.m.  The

19  Court orders the time from the date of the parties stipulation, up to and including June 17, 2014,

20  excluded from computation of time within which the trial of this case must commence under the

21  Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

22  DATED:  May 5, 2014

23

24  LAWRENCE K. KARLTON
    SENIOR JUDGE

25  UNITED STATES DISTRICT COURT

26

27

28