HEATHER E. WILLIAMS, #122664
Federal Defender
MICHAEL PETRIK, Jr., #177913
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PAUL ROSS PACINI,<br><br>Defendant. | Case No. 14-33 LLK<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE TO SEPTEMBER 16, 2014, AT 9:15 A.M.<br><br>Date      August 12, 2014<br>Time:     9:15 a.m.<br>Judge:   Hon. Lawrence K. Karlton |
|---|---|

The parties stipulate, through respective counsel, that the Court should continue the status conference set for August 12, 2014, at 9:15 a.m., to September 16, 2014, at 9:15 a.m.

Counsel for Mr. Pacini requires further time to review discovery, meet with Mr. Pacini, and conduct further investigation. Counsel also requires further time to allow a psychologist to interview Mr. Pacini, and render a report.

For these reasons, counsel and the defendant agree that the Court should exclude the time from the date of this order through September 16, 2014, when it computes the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7), and Local Code T4.

/ / /

/ / /

Counsel and the defendant also agree that the ends of justice served by the Court granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

DATED: August 8, 2014           HEATHER E. WILLIAMS
                                 Federal Defender

                                 /s/ M.Petrik_____
                                 MICHAEL PETRIK, Jr.
                                 Assistant Federal Defender

DATED: August 8, 2014           BENJAMIN B. WAGNER
                                 United States Attorney

                                 /s/ M.Petrik for_____
                                 KYLE REARDON
                                 Assistant U.S. Attorney

**O R D E R**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing, adopts the stipulation in its entirety as its order. The Court specifically finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the status conference rescheduled for September 16, 2014, at 9:15 a.m. The Court orders the time from the date of the parties stipulation, up to and including September 16, 2014, excluded from computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §§3161(h)(7), and Local Code T4.

DATED: August 11, 2014

_LAWRENCE K. KARLTON_
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT