Kresta Nora Daly, SBN 199689
**BARTH DALY LLP**
431 "I" Street, Suite 201
Sacramento, California 95814
Telephone: (916) 440-8600
Facsimile:  (916) 440-9610
Email:  kdaly@barth-daly.com

Attorneys for Defendant
PAUL PACINI

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:14-CR-00033-KJM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND PROTECTIVE ORDER CONCERNING DEFENSE EXAMINATION AND ANALYSIS OF DIGITAL MEDIA CONTAINING CHILD PORNOGRAPHY** |
| PAUL PACINI, | |
| Defendant. | Judge: Honorable Kimberly J. Mueller |

    The United States of America, through its counsel Andre Espinosa Assistant United States Attorney, and defendant, Paul Pacini, through his counsel, Kresta Nora Daly, stipulate to the issuance of the attached [Proposed] Protective Order which would permit a defense expert to inspect and analyze the contents of the hard drive and attendant storage media connected with the computer seized from Mr. Pacini pursuant to a search warrant on October 22, 2013.

    Mr. Pacini's computer was seized by Det. James Williams of the Sacramento County Sheriff's Department who is currently assigned to the Sacramento Internet Crimes Against Children Task Force.  The computer is in the custody of Det. Williams.  The government contends that the computer hard drive and/or attendant storage media contain specific images of child pornography.  Marcus Lawson is the President of Global CompuSearch, LLP and an expert in the investigation of digital evidence.  To assist in the investigation of the case and pursuant to the Court's authorization, counsel for Mr. Pacini have retained the services of Mr. Lawson and

Global CompuSearch to examine and analyze the digital information contained on the hard drive and attendant storage media of Mr. Pacini's computer. To facilitate that examination it will be necessary for the government to create a duplicate copy of the hard drive and provide a private location in which Mr. Lawson, or one of the other experts employed by Global CompuSearch, can conduct the examination.

Therefore, the government and Mr. Pacini stipulate to the issuance of the [Proposed] Protective Order.

Dated: March 2, 2016                Respectfully submitted,

                                    BARTH DALY LLP


                                    By      /s/ Kresta Nora Daly
                                            KRESTA NORA DALY
                                            Attorneys for PAUL PACINI



Dated: March 2, 2016                By      /s/ Kresta Nora Daly for
                                            ANDRE ESPINOSA
                                            Assistant United States Attorney


**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, and in light of the question of restitution still pending before the court, it is ordered:

1. Officers of the Sacramento Internet Crimes Against Children Task Force shall make a duplicate copy of the hard drive and any attendant storage media of the computer seized on October 22, 2013, from Paul Pacini by Det. James Williams.

2. The duplicate copies of the hard drive and storage media shall be made available to Marcus Lawson, or another computer forensic expert employed by Global CompuSearch, for the purpose of conducting an examination and analysis of digital evidence to assist counsel in the defense of Mr. Pacini. The images on the hard drive and storage media shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to prepare for defendant's defense.

3. The digital evidence may be viewed only at the offices of the Sacramento Internet Crimes Against Children Task Force by defense counsel, Andre Espinosa, Marcus Lawson, or another computer forensic expert employed by Global CompuSearch.

4. A private location will be provided for the defense examination of the duplicate hard drive and/or any attendant storage media;

5. The expert will be permitted to bring whatever equipment, books or records, he or she believes necessary to conduct the examination.

6. Neither the defense expert nor defense attorney shall remove the hard drive or other storage media from the offices of the Sacramento Internet Crimes Against Children Task Force.

7. With the exception of materials which would be considered child pornography under federal law (including visual images and data capable of conversion into a visual image), the expert may download and remove files or portions of files, provided the forensic integrity of the hard drive is not altered.

8. When the examination of the duplicate hard drive and/or any attendant storage media is completed the expert shall certify in writing, using the attached certification, that he or she has taken no materials which would be considered child pornography under federal law and that he has not caused any child pornography to be sent off site.

9. Except when a defense expert or attorney fails to provide this certification, no Government official or any person connected with the Government, will examine or acquire in any fashion any of the items used by the expert in order to conduct the defense analyses.

10. However, should a defense expert fail to certify that the items to be taken off site do not contain child pornography, Government officials may then inspect or examine the materials in order to ensure that prohibited child pornography has not been removed.

11. When the defense indicates that it is finished with its review of the copy of the hard drives, said drives shall be "wiped" clean and promptly returned to defendant's proposed expert who originally provided the drives for the purpose of this examination.

/////

12. Any disputes regarding the above or problems implementing this order shall be brought to the attention of the Court through representative counsel after first consulting opposing counsel.

**IT IS SO ORDERED.**

Dated: March 8, 2016

_____
UNITED STATES DISTRICT JUDGE