BENJAMIN B. WAGNER
United States Attorney
ANDRÉ M. ESPINOSA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:14-CR-00033-KJM |
|---|---|
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| PAUL ROSS PACINI, | |
| Defendant. | |

WHEREAS, on August 19, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Paul Ross Pacini forfeiting to the United States the following property:

        a. One Dell laptop, serial number 34X9TG1;
        b. One Seagate external hard drive, serial number NAE0E22N1;
        c. One Western Digital hard drive, serial number WXC1A81M2831; and
        d. One laptop computer, FCC number L4PK1100X13.

AND WHEREAS, beginning on September 4, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal

1 interest in the forfeited property;

2   AND WHEREAS, the Court has been advised that no third party has filed a claim
3 to the subject property, and the time for any person or entity to file a claim has expired.

4   Accordingly, it is hereby ORDERED and ADJUDGED:

5   1.   A Final Order of Forfeiture shall be entered forfeiting to the United States of
6 America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. §
7 2253, to be disposed of according to law, including all right, title, and interest of Paul Ross
8 Pacini

9   2.   All right, title, and interest in the above-listed property shall vest solely in
10 the name of the United States of America.

11   3.   The U.S. Marshals Service shall maintain custody of and control over the
12 subject property until it is disposed of according to law.

13   SO ORDERED this 8th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE